JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO GOMEZ,<br>　　　　Plaintiff<br><br>vs.<br><br>COUNTY OF LOS ANGELES, a public entity; DEPUTY WILLIAMS, a public employee,<br>　　　　Defendants | Case No. 2:22-CV-06250 RGK (MAR)<br><br>ORDER RE: DISMISSAL<br><br>Trial: 8/15/2023<br>Time: 9:00 a.m.<br>Courtroom: 850 |

The Court, having reviewed the Stipulation Re: Dismissal filed as to the above entitled matter hereby ORDERS:

IT IS HEREBY ORDERED:

The above entitled action is dismissed in its entirely with prejudice.

The Court retains jurisdiction of the above entitled action and the parties to enforce the settlement until performance in full of the terms of the settlement.

Date: **8/14/2023**

_/s/ Gary Klausner_

HON. R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

1　ORDER RE: DISMISSAL